DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. NORTON

No. 2P83.

Case below: 60 N.C. App. 217.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. PEARSON

No. 597P82.

Case below: 59 N.C. App. 87.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. REEKES

No. 689P82.

Case below: 59 N.C. App. 672.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 December 1982.

STATE v. SWINK & EVANS

No. 636P82.

Case below: 59 N.C. App. 557.

Petition by defendants for discretionary review under G.S. 7A-31 denied 11 January 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 January 1983.

STATE v. WILLIAMS

No. 544P82.

Case below: 58 N.C. App. 821.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 December 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 22 December 1982.